```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
JAMES R. STEVENS, Bar No. 286646
717 Washington Street
Oakland, CA 94607
(510) 451-4600
(510) 451-3002

Attorneys for the Defendant
CORY BUTLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-13-00028 CW |
| Plaintiff, ) | |
| v. ) | **STIPULATION FOR ORDER AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |
| CORY BUTLER, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant, Cory Butler, may travel to the house of his sister, Arnetta Butler, at 31 Bucareli Drive, San Francisco, CA in the Northern District of California for Thanksgiving. Mr. Butler will leave his residence in the Eastern District on November 28, 2013 after 10:30 a.m. and return no later than 8:00 p.m. that same day. Mr. Butler will be traveling with Shantai Thames, who is his custodian and surety.

United States Pretrial Services Officers Tai Gaskins and Denise Mancia have advised Mr. Butler's counsel that they do not oppose Mr. Butler's travel proposed by this stipulation.

It is further Ordered that Mr. Butler shall communicate with the supervising Pretrial Services Officer as directed by

Pretrial Services before, during and immediately after his travel. Mr. Butler is further ordered to provide Pretrial Services with a way to contact him during his travel.

All other terms of Mr. Butler's initial pretrial release shall remain in effect.

SO STIPULATED.

November 21, 2013 　　　/s/
Dated　　　　　　　　　KEVIN BARRY
　　　　　　　　　　　　Assistant United States Attorney

November 20, 2013 　　　/s/
Dated　　　　　　　　　PAUL DELANO WOLF
　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　CORY BUTLER

SO ORDERED.

11/21/13　　　　　　　　/s/ Kandis Westmore
Dated　　　　　　　　　HONORABLE KANDIS A. WESTMORE
　　　　　　　　　　　　United States Magistrate Judge

STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL　　- 2 -