LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
CORY BUTLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CORY BUTLER,<br><br>   Defendant. | Case No. 13-CR-00028 CW (DMR)<br><br>**STIPULATION AND ORDER REMOVING MATTER FROM CALENDAR** |

   Mr. Butler was released in this case on July 1, 2022. The matter was then continued awaiting resolution of pending state charges in Solano County. Mr. Butler was arrested on September 29, 2022. He was charged in Alameda Superior Court No. 22-cr-011863 with two counts of robbery, assault with the intent to commit rape, and attempted rape. Bail was set at $770,000. Mr. Butler could not make bail and remains in custody pending entry of plea on October 27, 2022.

   The parties hereby stipulate and agree that the status hearing set for November 2, 2022 may be vacated. When Mr. Butler is released from state custody, he will be brought back to federal custody to

///

address the allegations in the pending Form 12 in this case.

**SO STIPULATED**.

DATED: October 19, 2022

                     s/
                     ERIK BABCOCK

DATED: October 19, 2022

                     s/
                     KEVIN BARRY

**SO ORDERED**.

DATED: October 20, 2022

                     HON. DONNA M. RYU
                     United States Magistrate Judge

*IT IS SO ORDERED — Judge Donna M. Ryu (United States District Court, Northern District of California seal)*